2014-1254

IN THE
# UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

———————

EIDOS DISPLAY, LLC and EIDOS III, LLC,

*Plaintiffs-Appellants*,

v.

AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI INNOLUX CORPORATION, CHI MEI OPTOELECTRONICS USA, INC., CHUNGHWA PICTURE TUBES, LTD., HANNSTAR DISPLAY CORPORATION, HANNSPREE NORTH AMERICA, INC.,

*Defendants-Appellees*,

———————

Appeal from the United States District Court for
the Eastern District of Texas in Case No. 6:11-cv-201-LED-JDL
Judge Leonard Davis.

———————

**SUPPLEMENTAL RESPONSE OF PLAINTIFFS-APPELLANTS
EIDOS DISPLAY, LLC AND EIDOS III, LLC TO
MOTION TO DISMISS APPEAL**

———————

GASPARE J. BONO
R. TYLER GOODWYN, IV
MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, N.W.
WASHINGTON, D.C. 20006
(202) 496-7500

*Attorneys for Plaintiffs-Appellants
Eidos Display, LLC and Eidos III, LLC*

April 28, 2014

# CERTIFICATE OF INTEREST

Counsel for appellants Eidos Display, LLC and Eidos III, LLC certify the following:

1. The full name of every party or amicus represented by me is:

Eidos Display, LLC and Eidos III, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Eidos Display, LLC and Eidos III, LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

**McKenna Long & Aldridge LLP**: Gaspare J. Bono, R. Tyler Goodwyn, Cass W. Christenson, Lora A. Brzezynski, Carl P. Bretscher, Claire M. Maddox, Eric Y. Wu, John W. Lomas, Jr., Alyssa K. Sandrowitz, Sunjeev S. Sikand, Jennifer McKeown

**Wilson, Robertson & Cornelius, P.C.**: Jennifer P. Ainsworth, William J. Cornelius, Jr., Matthew T. Milam

| | |
|---|---|
| April 28, 2014 | /s/Gaspare J. Bono<br>GASPARE J. BONO<br>R. TYLER GOODWYN, IV<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, N.W.<br>WASHINGTON, D.C. 20006<br>(202) 496-7500<br><br>*Attorneys for Plaintiffs-Appellants*<br>*Eidos Display, LLC and Eidos III, LLC* |

Plaintiffs-Appellants Eidos Display, LLC and Eidos III, LLC (collectively "Eidos") file this supplemental response to inform this Court of the entry of the final judgment below and the filing of an amended notice of appeal. Accordingly, there is no basis for the Motion to Dismiss Appeal filed by Appellees HannStar Display Corporation and Hannspree North America, Inc. (collectively, "HannStar"), and the Motion should be denied.

On April 28, 2014, the District Court's Final Judgment was entered. *See* Ex. A. Also, on April 28, Eidos filed its Amended Notice of Appeal, specifically appealing from the Final Judgment. *See* Ex. B. As a result, there is no question that this appeal is proper. Based on these recent developments, this Court now clearly has jurisdiction over this appeal and should deny HannStar's Motion To Dismiss.

The sole basis for HannStar's Motion To Dismiss, lack of a formal Judgment, no longer applies. HannStar argued that the District Court had not yet formally entered a "Final Judgment" after it granted summary judgment. Mot. at 2. Eidos opposed HannStar's Motion, and further explained that HannStar did not dispute that the District Court should enter a formal judgment, as requested by Eidos, dismissing all remaining claims and counterclaims. Opp'n at 4. Further, HannStar agreed that once final judgment is entered, that would remove any doubt as to this Court's jurisdiction. In fact, HannStar promised that it would promptly

withdraw its motion to dismiss as soon as the Final Judgment is entered, stating: "HannStar and Hannspree do not oppose entry of judgment, and will promptly withdraw this motion if and when the district court enters final judgment; . . . ." Mot. at 3.

On April 28, 2014, the District Court Clerk entered the Final Judgment on the docket. *See* Ex. A. The Final Judgment provides, in relevant part: "it is **ORDERED, ADJU[D]GED and DECREED** that judgment be and is hereby entered in favor of Defendants and against Plaintiffs finding that Claim 1 of U.S. Patent No. 5,879,958 is invalid on the ground of indefiniteness; and all other claims and counterclaims are **DISMISSED WITHOUT PREJUDICE**." *Id*. at 1. HannStar's Motion had argued that HannStar's counterclaims of non-infringement "remain unadjudicated," preventing jurisdiction in this Court. Mot. at 3. The Final Judgment specifically dismisses HannStar's counterclaims, and now there can be no dispute that this Court has jurisdiction over this appeal. *See* 28 U.S.C. § 1295(a)(1). The Court should, therefore, deny HannStar's Motion To Dismiss.

## CONCLUSION

For the foregoing reasons, the Court should deny HannStar's Motion to Dismiss Appeal, and grant such further relief as this Court deems proper.

April 28, 2014                    /s/ Gaspare J. Bono
                                                                GASPARE J. BONO
                                                                R. TYLER GOODWYN, IV
                                                                McKENNA LONG & ALDRIDGE LLP
                                                                 1900 K STREET, N.W.
                                                                WASHINGTON, D.C. 20006
                                                                (202) 496-7500

                                                                *Attorneys for Plaintiffs-Appellants*
                                                                *Eidos Display, LLC and Eidos III, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2014, I caused the foregoing Supplemental Response of Plaintiffs-Appellants Eidos Display, LLC and Eidos III, LLC to Motion to Dismiss Appeal to be served by the Electronic Filing System and/or email on the following:

        Donald R. McPhail, Esq.
        Barry P. Golob, Esq.
        COZEN O'CONNOR
        The Army & Navy Building
        Suite 1100
        1627 I Street, N.W.
        Washington, DC 20006
        dmcphail@cozen.com
        bgolob@cozen.com

        Jacob Adam Schroeder, Esq.
        Ming-Tao Yang, Esq.
        FINNEGAN, HENDERSON, FARABOW, GARRETT
        & DUNNER, LLP
        3300 Hillview Avenue
        Palo Alto, CA 94304
        ming.yang@finnegan.com
        jacob.schroeder@finnegan.com

M. Craig Tyler, Esq.
Brian A. Dietzel, Esq.
Wilson Sonsini Goodrich & Rosati, Professional Corporation
900 South Capital of Texas Hwy.
Las Cimas IV, Fifth Floor
Austin, Texas 78746
ctyler@wsgr.com
bdietzel@wsgr.com

Christopher R. Benson, Esq.
2705 Pearce Road
Austin, Texas 78730
cbensonlaw@me.com

Daniel S. Leventhal, Esq.
Paul A. Dyson, Esq.
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
daniel.leventhal@nortonrosefulbright.com
paul.dyson@nortonrosefulbright.com

/s/Gaspare J. Bono
Gaspare J. Bono
R. Tyler Goodwyn, IV
MCKENNA LONG & ALDRIDGE, LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
E-mail: gbono@mckennalong.com

*Attorneys for Plaintiffs-Appellants*
*Eidos Display, LLC and Eidos III, LLC*