**2014-1254**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

EIDOS DISPLAY, LLC, EIDOS III, LLC,

Plaintiffs-Appellants,

v.

AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI INNOLUX CORPORATION, CHI MEI OPTOELECTRONICS USA INC., CHUNGHWA PICTURE TUBES, LTD., HANNSTAR DISPLAY CORPORATION, HANNSPREE NORTH AMERICA, INC.,

Defendants-Appellees.

Appeals from the United States District Court for the
Eastern District of Texas in Case No. 6:11-cv-201-LED-JDL,
Judge Leonard Davis

**APPELLEES HANNSTAR AND HANNSPREE'S MOTION TO WITHDRAW MOTION TO DISMISS**

On February 26, 2014, Appellees HannStar Display Corporation and Hannspree North America, Inc. (collectively, "HannStar") filed a motion to dismiss the appeal filed by Eidos Display, LLC and Eidos III, LLC (collectively, "Eidos") for lack of jurisdiction. Dkt. No. 29. The Court lacked jurisdiction because the proceedings before the district court were not yet final. *Id.* at 2-3. In that motion, HannStar indicated that it would "promptly withdraw this motion if and when the district court enters final judgment." *Id.* at 3.

1

On April 28, 2014, the district court entered a final judgment that disposed of all other pending claims and counterclaims, but severed Hannspree's pending Rule 11 motion into a separate cause of action. Exhibit 1 (entered April 28, 2014 but dated April 23, 2014). Because the district court has now entered final judgment in favor of Defendants, Eidos's premature appeal is now ripe. Fed. R. App. P. 4(a)(2) ("A notice of appeal filed . . . before the entry of the judgment . . . is treated as filed on the date of and after the entry."). HannStar respectfully moves to withdraw its motion to dismiss, which is now moot due to the district court's issuance of the final judgment.

Counsel for HannStar discussed this motion with counsel for the other parties, and none of which intends to oppose this motion.

Date: April 30, 2014                     Respectfully submitted,


        /s/Jacob A. Schroeder
Ming-Tao Yang
Jacob A. Schroeder
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
(650) 849-6600

Attorneys for Defendants-Appellees
HannStar Display Corporation, Hannspree North America, Inc.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1254

EIDOS DISPLAY, LLC v. AU OPTRONICS CORPORATION

## CERTIFICATE OF INTEREST

      Counsel for Defendants-Appellees HannStar Display Corporation and Hannspree North America, Inc. certify:

The full name of every party or amicus represented by me is:

      HannStar Display Corporation
      Hannspree North America, Inc.

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

      HannStar Display Corporation
      Hannspree North America, Inc.

All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

      None

The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

      Jacob A. Schroeder
      Ming-Tao Yang
      E. Robert Yoches
      FINNEGAN, HENDERSON, FARABOW
        GARRETT & DUNNER, LLP

Debra Elaine Gunter
Herbert A. Yarbrough, III
YARBROUGH WILCOX GUNTER, PLLC

John R. Alison
David J. Martens
WINSTON & STRAWN LLP

                                      Respectfully submitted,

Date: April 30, 2014                /s/Jacob A. Schroeder
                                      Ming-Tao Yang
                                      Jacob A. Schroeder
                                      FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, LLP
                                      3300 Hillview Avenue
                                      Palo Alto, CA  94304-1203
                                      (650) 849-6600

                                      Attorneys for Defendants-Appellees
                                      HannStar Display Corporation and
                                      Hannspree North America, Inc.

# CERTIFICATE OF SERVICE

I certify that on April 30, 2014, this HANNSTAR'S MOTION TO WITHDRAW MOTION TO DISMISS APPEAL was filed electronically using the CM/ECF system and served via the CM/ECF system on counsel for the other parties as follows:

Gaspare J. Bono
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Marvin Craig Tyler
Wilson Sonsini Goodrich & Rosati PC
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546

Barry P. Golob
Donald R. McPhail
Cozen O'Connor
The Army and Navy Building
1627 I Street, NW
Suite 1100
Washington, D.C. 20006

Daniel S. Leventhal
Fulbright & Jaworski L.L.P. - Houston
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Christopher R. Benson
2705 Pearce Rd
Austin, TX 78730

/s/Donna Stockton

# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EIDOS DISPLAY, LLC,** § | |
| and **EIDOS III, LLC,** § | |
| § | |
| v. § | No. 6:11-cv-00201-LED-JDL |
| § | |
| **AU OPTRONICS CORPORATION;** § | |
| **AU OPTRONICS CORPORATION** § | |
| **AMERICA;** § | |
| **CHI MEI INNOLUX CORPORATION;.** § | |
| **CHI MEI OPTOELECTRONICS USA,** § | |
| **INC.;** § | |
| **CHUNGHWA PICTURE TUBES LTD.;** § | |
| **HANNSTAR DISPLAY** § | |
| **CORPORATION; AND** § | |
| **HANNSPREE NORTH AMERICA, INC.** § | |

## FINAL JUDGMENT

Before the Court is Plaintiffs' Motion for Entry of Final Judgment (Doc. No. 424) ("Motion"). The matter is fully briefed (Doc. Nos. 425, 426, and 427). Upon consideration, the Motion is **GRANTED IN PART.**

Pursuant to this Court's Order Adopting the Report and Recommendation of United States Magistrate Judge granting Defendants' Motion for Summary Judgment of Indefiniteness and overruling Plaintiffs' Objections (Doc. No. 419), the Court hereby enters final judgment.

It is therefore **ORDERED, ADJUGED** and **DECREED** that judgment be and is hereby entered in favor of Defendants and against Plaintiffs finding that Claim 1 of U.S. Patent No. 5,879,958 is invalid on the ground of indefiniteness; and all other claims and counterclaims are **DISMISSED WITHOUT PREJUDICE**.

The defendants, as the prevailing parties, are awarded costs pursuant to FED. R. CIV. P. 54(d)(1).

Still pending in this case is Defendants HannStar Display Corporation and Hannspree North America, Inc.'s (collectively, "Hannspree") Motion for Fed. R. Civ. P. 11 Sanctions against Plaintiffs (Doc. No. 366). That Motion and associated briefing (Doc. Nos. 394 and 411) are hereby **SEVERED** into a separate cause of action, numbered 6:14cv221. All attorneys for plaintiff and Defendant Hannspree in the above-captioned case shall be listed as attorneys of record and noticed on the new cause of action. The above noted filings (Doc. Nos. 366, 394 and 411) **SHALL** be entered into the new cause of action in their entireties, including all attachments. As this issue is severed pursuant to a Court Order, the Court **WAIVES** any required filing fee for the new cause of action. In light of the severance, Defendant Hannspree's Opposed Motion to Lift Stay (Doc. No. 428) is hereby **DENIED AS MOOT.**

All other motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 23rd day of April, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**