NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EIDOS DISPLAY, LLC AND EIDOS III, LLC,**
*Plaintiffs-Appellants,*

v.

**AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI INNOLUX CORPORATION, CHI MEI OPTOELECTRONICS USA INC., CHUNGHWA PICTURE TUBES, LTD., HANNSTAR DISPLAY CORPORATION AND HANNSPREE NORTH AMERICA, INC.,**
*Defendants-Appellees.*

---

2014-1254

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:11-cv-00201-LED-JDL, Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellees' unopposed motion to withdraw their motion to dismiss,

IT IS ORDERED THAT:

(1)   The motion to withdraw is granted.

(2)   Appellants' brief is accepted for filing.  Appellees' brief is due 40 days from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court
